(77 South. 784)

No. 22714.

AUBERT et al. v. RHODY et al.

(Jan. 28, 1918.)

*(Syllabus by Editorial Staff.)*

COURTS ⊕⇒224(6)—APPELLATE JURISDICTION OF LOUISIANA SUPREME COURT—POLITICAL RIGHTS.

The Supreme Court can only exercise jurisdiction in suits involving right to registration as voter by virtue of Const. art. 201, which jurisdiction is limited to contest over educational and property qualifications as prescribed by article 197, §§ 3, 4.

Appeal from Twenty-Sixth Judicial District Court, Parish of St. Tammany; Prentiss B. Carter, Judge.

Rule by Robert L. Aubert and others against Alfred Rhody and others to have name of defendant Rhody erased from registration rolls of parish of St. Tammany as being an alien not entitled to the electoral franchise. Judgment for defendant Rhody, and plaintiffs appeal. Appeal dismissed.

A. Sidney Burns and C. Ellis Ott, both of Bogalusa, for appellants. J. M. Simmons, A. D. Schwartz, and F. J. Heintz, all of Covington, for appellee Rhody.

LECHE, J. This is a rule by plaintiffs, citizens of the parish of St. Tammany, to have the name of defendant Alfred Rhody, erased from the registration rolls of said parish as being an alien and not entitled to the electoral franchise. From a judgment in favor of defendants, plaintiffs have taken the present appeal.

This court may only exercise jurisdiction in a suit involving the right to registration as a voter, by virtue of article 201 of the Constitution, and that jurisdiction is limited to a contest over the qualifications prescribed in sections 3 and 4 of article 197 of the same instrument. As there is no question here of the qualifications for registration prescribed by said sections 3 and 4, we are compelled to decline jurisdiction of this case. State ex rel. Ryanes v. Gleason, 112 La. 612, 36 South. 608; Robert L. Aubert et al. v. Wade Burns et al., No. 22712 of the docket of this Court, 77 South. 782,[1] this day decided.

It is therefore ordered that the present appeal be dismissed.